# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL BENNETT,<br><br>  Plaintiff,<br><br>  v.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>  Defendants. | Case No.: 1: 4-cv-00343 - LJO - JLT<br><br>ORDER SETTING BRIEFING SCHEDULE RE: PLAINTIFF'S ENTITLEMENT TO A JURY TRIAL |

In their joint scheduling report, the parties disagree as to whether Plaintiff has waived his right to a jury trial. (Doc. 18 at 3) Thus, the Court **ORDERS**:

1. No later than July 25, 2014, the parties **SHALL** file briefs addressing whether this matter was properly set for a jury trial;

2. No later than August 15, 2014, the parties may file responsive briefs addressing the argument raised by their opponent;

3. The briefs SHALL NOT exceed 10 pages;

///
///
///
///

1

4. Alternatively, no later than July 25, 2014, the parties may file a stipulation agreeing that a jury trial is or is not appropriate in this matter.

IT IS SO ORDERED.

Dated:  **June 27, 2014**                        **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE