# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL BENNETT,<br><br>        Plaintiff,<br><br>  v.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-00343 - LJO - JLT<br><br>ORDER VACATING THE BRIEFING SCHEDULE ON PLAINTIFF'S RIGHT TO JURY TRIAL |

In the joint scheduling report, the parties disagreed as to whether Plaintiff waived his right to a jury trial. (*See* Doc. 18 at 3.) Accordingly, the Court ordered briefing addressing whether the matter was properly set for a jury trial. (Doc. 21.) On July 24, 2014, Defendants withdrew their request for briefing on the issue. (Doc. 24.) Because Defendants no longer assert the matter should not be tried by a jury, **IT IS HEREBY ORDERED**:

    1.    The briefing scheduling on Plaintiff's right to a jury trial is **VACATED**; and

    2.    The matter **SHALL** be tried by a jury.

IT IS SO ORDERED.

Dated: __**July 30, 2014**__                               **/s/ Jennifer L. Thurston**
                                                                                 UNITED STATES MAGISTRATE JUDGE