# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL BENNETT,<br><br>          Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, CCA OF TENNESSEE, LLC and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 1:14-CV-00343-LJO-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>(Doc. 26)<br><br>**ORDER VACATING MID-DISCOVERY STATUS CONFERENCE** |

The Court, having reviewed the stipulation of the counsel indicating the matter is not currently in a settlement posture, the Court **GRANTS** the request to continue the settlement from January 13, 2015 to April 13, 2015 at 1:30.

In addition, based upon the information contained in the mid-discovery status conference report (Doc. 27), the Court **VACATES** the mid-discovery status conference set on January 13, 2015. The parties are reminded of their obligation to complete all discovery by the deadlines set forth in the scheduling order (Doc. 20).

IT IS SO ORDERED.

Dated:   **January 6, 2015**                    /s/ Jennifer L. Thurston
                                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28