UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL BENNETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CCA OF TENNESSEE, LLC,<br><br>　　　　　Defendant. | 1:14-cv-343-LJO-JLT<br><br>**ORDER RE STIPULATION TO DISMISS (DOC. 31)** |

　　　　On June 1, 2015, the parties filed a stipulation to dismiss "Plaintiff's fourth cause of action for Family Rights Act Discrimination . . . without prejudice." Doc. 31 at 2. Based on the parties' stipulation, this Court DISMISSES WITHOUT PREJUDICE Plaintiff's fourth cause of action.

IT IS SO ORDERED.

　　Dated:　**June 3, 2015**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE