# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL BENNETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONS CORPORATION OF AMERICA, CCA OF TENNESSEE, LLC and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No: 1:14-CV-00343-LJO-JLT<br><br>**ORDER TO DISMISS WITH PREJUDICE AND CLOSE ACTION (Doc. 34)** |

Based on all Parties' stipulation to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

　　　　1.　　DISMISSES with prejudice this entire action and all claims;

　　　　2.　　VACATES all pending dates and matters; and

　　　　3.　　DIRECTS the clerk to close this action.

IT IS SO ORDERED.

　　Dated:　**August 3, 2015**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1